UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   NICOLAS COCKBURN,
                               Plaintiff,

              -against-                        24 Civ. 2675 (LGS)

                                                  ORDER
   YARD HOUSE USA, INC.,
                               Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated April 11, 2024, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is scheduled for May 22, 2024;

       WHEREAS, Defendant was served on May 6, 2024;

       WHEREAS, Defendant is required to respond to the Complaint by May 28, 2024;

       WHEREAS, Defendant has not appeared in this case;

       WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

       **ORDERED** that the initial pretrial conference scheduled for May 22, 2024, is **ADJOURNED** to **June 5, 2024, at 4:10 P.M.** It is further

       **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan no later than **May 29, 2024**. If Plaintiff is not in communication with the Defendant, no later than **May 29, 2024**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: May 16, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**