

**SLPC**
Spasojevich Law, P.C.

9224 QUEENS BOULEVARD
#740010
REGO PARK, NY 11374
SPASOJEVICHLAW.COM
(914) 487-3592

Hon. Lorna Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
<u>**Filed via ECF**</u>

June 12, 2024

RE:   *Nicolas Cockburn vs. Yard House USA Inc.*
<u>**Docket No. 1:24-cv-02675-LGS (Status Update)**</u>

Dear Judge Schofield:

    Please allow this correspondence to serve as a status report on the above referenced matter.

    I have been contacted by a representative of the Defendant in this matter. During the communications, Defendant raised the issue of an arbitration agreement allegedly executed by the Plaintiff.

    After discussions regarding the arbitration agreement, the Parties agreed to request that the Court stay this action pending the resolution of the Arbitration. Therefore, please allow this correspondence to also serve as a request for this Court to issue an order staying this action pending the resolution of the Arbitration between the parties.

    I thank the Court for its attention to this matter.

Respectfully,

/s/
Lawrence Spasojevich, Esq.

---

Application **GRANTED**.  This action is **STAYED** pending arbitration. Plaintiff shall file status letters every sixty (60) days from the date of this Order and upon completion of arbitration.

Dated: June 13, 2024
    New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE