UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
NICOLAS COCKBURN,                                             :
                              Plaintiff,                      :
                                                              :    24 Civ. 2675 (LGS)
            -against-                                         :
                                                              :    ORDER
YARD HOUSE USA, INC.,                                         :
                              Defendant.                      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated June 13, 2024, directed the parties to file status letters every 60 days from the date of the Order.

WHEREAS, the parties have not filed the required status letter. It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no later than **August 16, 2024.**

Dated: August 14, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**